**DISMISS and Opinion Filed May 4, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00179-CV

## EVIN G. DUGAS, Appellant
## V.
## CTK PROPERTIES, L.L.C. AND CHRISTOPHER KLEE, Appellees

### On Appeal from the 471st Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 471-02819-2019

## MEMORANDUM OPINION
Before Justices Molberg, Goldstein, and Smith
Opinion by Justice Goldstein

The clerk's record in this appeal has not been filed because appellant has not paid the fee for preparation of the record. By letter dated April 13, 2021, we cautioned appellant that failure to file, within ten days, written verification he had paid or made arrangements to pay for the record or was found entitled to proceed without payment of costs could result in dismissal of the appeal for want of prosecution. To date, appellant has not complied. *See* TEX. R. APP. P. 37.3(b). Accordingly, we dismiss the appeal. *See id.* 37.3(b), 42.3(b),(c).

/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE

210179F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

EVIN G. DUGAS, Appellant

No. 05-21-00179-CV      V.

CTK PROPERTIES, L.L.C. AND
CHRISTOPHER KLEE, Appellees

On Appeal from the 471st Judicial
District Court, Collin County, Texas
Trial Court Cause No. 471-02819-
2019.
Opinion delivered by Justice
Goldstein, Justices Molberg and
Smith participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellees CTK Properties, L.L.C. and Christopher Klee recover their costs, if any, of this appeal from appellant Evin G. Dugas.

Judgment entered May 4, 2021.